UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY SCOTT BAKER,<br><br>Defendant. | No. 2:24-mc-00271-TLN-CSK<br><br><br><br>**ORDER** |

The Government filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302(c).

On December 18, 2024, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 9.) No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 9) are ADOPTED IN FULL;

2. The Government's Request for Findings and Recommendations for a Final Order of Continuing Garnishment (ECF No. 7) is GRANTED;

3. Garnishee Solace Enterprises, Inc., is directed to pay the Clerk of the United States District Court twenty-five percent (25%) of Debtor Gregory Scott Baker's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

4. Garnishee Solace Enterprises, Inc., is directed to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings already held pursuant to the writ, including, but not limited to wages, earnings, commissions, and bonuses, within fifteen (15) days of the filing of the Final Order. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

>    Office of the Clerk, United States District Court
>    501 I St., Rm. 4-200
>    Sacramento, CA 95814

The criminal docket number (2:12-CR-00294-TLN) shall be stated on the payment instrument;

5. The Government is entitled to recover a $585,427.69 litigation surcharge after satisfaction of the judgment amount owed by Debtor Gregory Scott Baker; and

6. The garnishment shall terminate when the United States seeks to terminate the writ or when the judgment amount and litigation surcharge are fully satisfied.

IT IS SO ORDERED.

Date: February 10, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE